IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANITA SPIEGEL, et al.                :        CIVIL ACTION
                                     :
         vs.                         :
                                     :        NO. 02-3614
UNITED STATES OF AMERICA

O R D E R

      **AND NOW, TO WIT:** This 19th day of November, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

      **MICHAEL E. KUNZ**, Clerk of Court

**BY:** _____
      Carol D. James,
      Deputy Clerk

*mailed from chambers 11/19/02:*
      *Linda Shafer Bocchino, AUSA*
      *Richard K. Teitell, Esq.*
      *xc:  Trish Jones*

Civ 2 (7/95)
41(b).frm