IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANITA SPIEGEL AND
DAVID LAUTENBERGER, h/w

      Plaintiffs

      vs.

UNITED STATES OF AMERICA
c/o United States Attorney's Office

      Defendant

:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 02-cv-3614

## DISMISSAL ORDER
## PURSUANT TO LOCAL RULE 41.1

AND NOW, this _____ day of SEPTEMBER 2002, it is hereby agreed by and between the undersigned, counsel for all the parties who have appeared in the above-entitled action, that said action may be dismissed with prejudice, for the reason that the parties have reached a settlement in this matter as reflected in the Stipulation for Compromised Settlement filed in this matter.

PATRICK R. MEEHAN
United States Attorney


_____
JAMES G. SHEEHAN
Chief, Civil Division


_____
RICHARD K. TEITELL, Esq.
Counsel for Plaintiffs


_____
LINDA SHAFER BOCCHINO
Assistant U.S. Attorney

APPROVED AND SO ORDERED:


_____
MARY A. MCLAUGHLIN
*Judge, United States District Court*